IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ZANDER LAMONT RICHARDSON, JR.
  #412-735                                              :

       Plaintiff                                  :

       v.                                          :  CIVIL ACTION NO. JKB-15-650

THE BALTIMORE CITY DETENTION       :
  CENTER
OFFICER TYWOO                              :
OFFICER MARTIN
                                             :
       Defendants

## **MEMORANDUM**

Plaintiff filed a civil rights complaint, as supplemented, against the Baltimore City Detention Center ("BCDC") and Officers Tywoo and Martin, seeking money damages for the failure to protect him from a stabbing alleged to have occurred between January 20-30, 2012, while plaintiff was housed at the Baltimore City Detention Center. (ECF Nos. 1 and 4).

This is plaintiff's second lawsuit concerning injuries allegedly sustained in this incident. *Richardson v. Tywoo,* Civil Action No. JKB-14-595 (D. Md.), was dismissed without prejudice after counsel for the Maryland Attorney General indicated that a search of personnel records produced no record that a correctional officer with the surname Tywoo (or a similarly spelled name) was employed with the Division of Pretrial Detention and Services between June 2, 2010 and April of 2012. Counsel further indicated that only one of four officers named "Martin" may have worked at the Baltimore City Detention Center during the relevant time period, but that in the absence of additional identifying information, counsel cannot determine whether that person may have been assigned to the area where plaintiff was housed. *Id.,* ECF No. 11.

Plaintiff was granted an opportunity here to provide additional identifying information

concerning the defendants. ECF No. 12. He has failed to do so. A separate Order dismissing the case follows.



March 24, 2015                                        _____/s/_____
Date                                                            James K. Bredar
                                                                     United States District Judge